# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                         **CASE NO. 2:25-cr-20074-DDC-TJJ**

**COREY METCALF,**

        **Defendant.**

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

**Felon in Possession of a Firearm**
**[18 U.S.C. § 922(g)(1)]**

On or about May 13, 2024, in the District of Kansas, the defendant,

**COREY METCALF,**

having knowingly been previously convicted of a crime punishable by imprisonment for a term exceeding one year, in Wyandotte County District Court, Case Number 2014CR0913, for Involuntary Manslaughter, did knowingly possess in and affecting commerce, a firearm described as a Smith & Wesson, Model 40VE, .40 caliber pistol.

1

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## **FORFEITURE NOTICE**

1. Upon conviction of one or more of the offenses set forth in Count 1 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offenses, including, but not limited to:

    A. Smith & Wesson, Model 40VE, .40 caliber pistol.
    B. any ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

September 24, 2025　　　　　　　　　 s/Foreperson
DATE　　　　　　　　　　　　　　　FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Jabari B. Wamble
JABARI B. WAMBLE
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: jabari.wamble@usdoj.gov
Ks. S. Ct. No. 22730

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

**Count 1: Felon in Possession of a Firearm**

- Punishable by a term of imprisonment of not more than fifteen (15) years. 18 U.S.C. § 924(a)(8).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.